Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorneys for Plaintiff
Jose Acosta

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>        Plaintiff,<br><br>  vs.<br><br>JUAN DAMIAN dba EL PARIAN GROCERY MART, et al.,<br><br>        Defendants. | No. 1:17-cv-01533-DAD-SKO<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT JUAN DAMIAN TO RESPOND TO COMPLAINT IN EXCESS OF 28 DAYS** |

     Plaintiff Jose Acosta ("Plaintiff"), by and through his counsel of record, and Defendant Juan Damian dba El Parian Grocery Mart ("Defendant," and together with Plaintiff, "the Parties"), who is currently seeking counsel and is specially appearing on his own behalf for the sole purpose of obtaining this extension, pursuant to Local Rule 144, hereby stipulate as follows:

     **WHEREAS,** Defendant's responsive pleading was due on December 18, 2017, and was not timely filed because Defendant was on vacation;

     **WHEREAS,** Plaintiff and Defendant are engaged in settlement negotiations and are hopeful that a settlement can be reached informally, and desire to conserve attorney's fees which would be incurred in filing the responsive pleadings while they exhaust settlement efforts;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties that Defendant may have to and including February 8, 2018 to file a responsive pleading in this matter. This extension of time does not alter the date of any event or any deadline already fixed by Court order, but does exceed 28 days.

Dated: January 11, 2018                MISSION LAW FIRM, A.P.C.

                                       */s/ Zachary M. Best*
                                       Zachary M. Best
                                       Attorneys for Plaintiff
                                       Jose Acosta


Dated: January 11, 2018                */s/ Juan Damian*
                                       Defendant, Juan Damian
                                       dba El Parian Grocery Mart

## **ATTESTATION**

I attest that the original signatures of the persons whose electronic signatures are shown above are maintained by me, and that their concurrence in the filing of this document and attribution of their signatures was obtained.

                                       */s/ Zachary M. Best*
                                       Zachary M. Best, Attorney for
                                       Plaintiff, Jose Acosta

## **ORDER**

Pursuant to the parties' above stipulation to extend the time for Defendant Juan Damian dba El Parian Grocery Mart, et al. to respond to the complaint (Doc. 5), and for good cause shown, IT IS ORDERED that the deadline for Defendant Juan Damian dba El Parian Grocery Mart to respond to the complaint is hereby extended from December 18, 2017, through February 8, 2018.

IT IS SO ORDERED.

Dated: **January 11, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE