Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@mission.legal

Attorney for Plaintiff,
Jose Acosta

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>    Plaintiff,<br><br>vs.<br><br>JUAN DAMIAN dba EL PARIAN GROCERY MART, et al.,<br><br>    Defendants. | No. 1:17-cv-1533-DAD-SKO<br><br>**STIPULATION TO SET ASIDE DEFAULT; ORDER**<br><br>(Doc. 17) |

It is hereby stipulated by and between Plaintiff, Jose Acosta ("Plaintiff"), and Defendant, John Kojigian, Jr. ("Defendant," and together with Plaintiff, "the Parties"), by and through their attorneys, that the Clerk's Default against Defendant (Dkt. 15) be and is hereby set aside so that the matter may proceed on its merits, and that an answer on behalf of Defendant shall be filed within 30 days of the entry of the order setting aside the default.

Good cause exists because the Parties desire for the case to be heard on its merits.

**IT IS SO STIPULATED.**

Dated: March 21, 2018          MISSION LAW FIRM, A.P.C.

*/s/ Zachary M. Best*
Zachary M. Best
Attorney for Plaintiff,
Jose Acosta

Dated: March 21, 2018          WAGNER JONES KOPFMAN
                                                             & ARTENIAN LLP

*/s/ Butch Wagner*
Butch Wagner
Attorney for Defendant,
John Kojigian, Jr.

**ORDER**

Pursuant to the parties' above-stipulation to set aside the default entered by the Clerk of the Court on March 16, 2018, against Defendant John Kojigian, Jr. (Doc. 15), the Court hereby ORDERS that the Clerk's entry of default as to Defendant John Kojigian, Jr. be set aside.

The Court FURTHER ORDERS, based on the parties' stipulation, that Defendant John Kojigian, Jr. shall file a response to the complaint within 30 days of the date of this Order.

**The Scheduling Conference remains set for May 8, 2018, at 10:30 a.m. in Courtroom 7, before the undersigned. The parties shall file a Joint Scheduling Report by no later than May 1, 2018.**

IT IS SO ORDERED.

Dated: __**March 23, 2018**__    /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO SET ASIDE DEFAULT; ORDER