UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUAN DAMIAN dba EL PARIAN GROCERY MART; ALI SADIK; JOHN KOJIGIAN, JR.,<br><br>　　　　　Defendants. | No. 1:17-cv-01533-DAD-SKO<br><br>ORDER DISMISSING DEFENDANT JUAN DAMIAN dba EL PARIAN GROCERY MART, ONLY<br><br>(Doc. 18) |

　　　　On March 23, 2018, Plaintiff filed a Notice of Voluntary Dismissal, in which Plaintiff notified the Court of the dismissal of this action with prejudice as to Defendant Juan Damian dba El Parian Grocery Mart. (Doc. 18.) Plaintiff filed this notice before Defendant Juan Damian dba El Parian Grocery Mart served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this action with prejudice only as to Defendant Juan Damian dba El Parian Grocery Mart pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

　　　　Based on the foregoing, the Court DIRECTS the Clerk to close this case only as to Defendant Juan Damian dba El Parian Grocery Mart.

IT IS SO ORDERED.

Dated: **March 28, 2018**　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE