Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@mission.legal

Attorney for Plaintiff,
Jose Acosta

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>    Plaintiff,<br><br>  vs.<br><br>JUAN DAMIAN dba EL PARIAN GROCERY MART, et al.,<br><br>    Defendants. | No. 1:17-cv-1533-DAD-SKO<br><br>**PLAINTIFF'S REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER**<br><br>(Doc. 22)<br><br>Current MSC Date: May 8, 2018<br>Time: 10:30 a.m.<br>Courtroom: 7<br><br>Magistrate Judge Sheila K. Oberto |

Plaintiff Jose Acosta ("Plaintiff"), by and through his attorneys of record, hereby requests a continuance of the Mandatory Scheduling Conference currently scheduled in this matter for May 8, 2018 at 10:30 a.m. for the reasons set forth below.

    1.    Plaintiff has reached a settlement with defendant Juan Damian dba El Parian Grocery Mart ("Damian"), and Damian was dismissed from the action on March 23, 2018 (Dkt. 18).

    2.    Clerk's defaults were entered against defendants Ali Sadik ("Sadik") and John Kojigian, Jr. ("Kojigian") on March 16, 2018 (Dkt. 14 and 15).

3. Plaintiff's counsel has been in contact with counsel for Kojigian, and Plaintiff and Kojigian stipulated to set aside Kojigian's default on March 22, 2018 (Dkt. 17). Pursuant to the Order granting that stipulation, Kojigian's responsive pleading was to be filed by April 14, 2018 (Dkt. 19).

4. While Kojigian has not timely filed a responsive pleading, Plaintiff and Kojigian are discussing resolution of Plaintiff's claims against Kojigian and Plaintiff believes that a resolution is imminent. For that reason, Plaintiff has not again requested entry of Kojigian's default.

5. Once Plaintiff's claims against Kojigian have been resolved, Plaintiff will proceed with a motion for default judgment against Sadik on his remaining claims.

For the reasons set forth above, Plaintiff respectfully requests that the Mandatory Scheduling Conference currently set for May 8, 2018 be continued to a date after June 20, 2018, to be vacated if Plaintiff files a motion for default judgment in the intervening time.

Dated: May 1, 2018                                          MISSION LAW FIRM, A.P.C.


*/s/ Zachary M. Best*
Zachary M. Best
Attorney for Plaintiff,
Jose Acosta

## **ORDER**

Upon request by Plaintiff (Doc. 22) and good cause appearing,

The Mandatory Scheduling Conference currently set for May 8, 2018, shall be continued to July 17, 2018, at 10:15 A.M. before Magistrate Judge Sheila K. Oberto in Courtroom 7 of the above-entitled Court. A Joint Scheduling Report shall be filed one week prior to the Conference.

IT IS SO ORDERED.

Dated: **May 2, 2018**              /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE